This is an incredibly important and sensitive matter. We have been able to deliver a very ambitious decision, which is unanimous. And I will read these words in a very slightly amended form, since I've got an apostrophe here that doesn't belong in here. We'll be following later on today. We, the plaintiffs, have not demonstrated a likelihood of success on the merits, and we have not established that they will be irreparably harmed if their motion to adjourn the Brewery Town School District's policy is denied. We therefore affirm the District Court's denial of a preliminary injunction substantially for the reasons that Court explained in its exceptionally well-reasoned opinion of August 25, 2017. No more formal opinion will follow.